# JS-6

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN HIGHT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VCA INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING, JR., JOHN HEIL, FRANK REDDICK, MMI HOLDINGS, INC., VENICE MERGER SUB INC., and MARS, INCORPORATED,<br><br>Defendants. | Case No. 5:17-cv-00289-JGB-SP<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING STIPULATION CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION AND PLAINTIFF'S COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Judge: Jesus G. Bernal |

ORDER GRANTING STIP. OF VOLUNTARY DISMISSAL & PLAINTIFF'S COUNSEL'S ATTORNEYS' FEES AND EXPENSES APP.; Case No. 17-cv-00289-JGB-SP

Having considered the Stipulation Concerning Plaintiff's Voluntary Dismissal of the Above Action and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses and good cause appearing therefor, the Court ORDERS as follows:

1. The Stipulation is GRANTED;

2. Pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is dismissed with prejudice as to Plaintiff Frances Moran only and has no effect upon the absent members of the putative class;

3. This Court shall retain continuing jurisdiction over the parties solely for purposes of adjudicating any claim by Plaintiff's counsel for an award of attorneys' fees and expenses;

4. If the parties are unable to resolve Plaintiff's counsel's claim for attorneys' fees and expenses, Plaintiff shall file any petition and supporting papers seeking such relief by no later than June 16, 2017; and

5. This Order shall not waive or prejudice any right or argument that may be asserted or presented by Plaintiff or the VCA Defendants in support of or in opposition to any claim by Plaintiff for attorneys' fees and expenses.

**IT IS SO ORDERED.**

Dated: May 17, 2017

Hon. Jesus G. Bernal
United States District Judge