JOEL E. ELKINS (SBN 256020)
Email: jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd, Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff Karen Hight*

*[Additional Counsel Listed Below]*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HIGHT, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>VCA INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING, JR., JOHN HEIL, FRANK REDDICK, MMI HOLDINGS, INC., VENICE MERGER SUB INC., and MARS, INCORPORATED,<br><br>               Defendants. | Case No. 2:17-cv-00289-JGB-SP<br><br>CLASS ACTION<br><br>**NOTICE OF JOINDER IN PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES FILED IN *KRIEGER V. VCA, INC., ET AL.*, CASE NO. 2:17-cv-01790**<br><br>Judge: Jesus G. Bernal |

**NOTICE OF JOINDER IN PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES FILED IN *KRIEGER V. VCA, INC., ET AL.*, CASE NO. 2:17-cv-01790**

Case 5:17-cv-00289-JGB-SP   Document 40   Filed 06/16/17   Page 2 of 2   Page ID #:128

PLEASE TAKE NOTICE THAT plaintiff Karen Hight ("Hight") will, and hereby does, join in Plaintiff's Motion for Attorneys' Fees and Expenses and Memorandum of Points and Authorities in Support (collectively the "Motion") filed in the related case *Krieger v. VCA Inc., et al.*, Case No. 2:17-cv-01790, on June 16, 2017.

Hight's joinder is based upon this Notice of Joinder and Joinder; the Motion, and accompanying documents and authorities cited therein; all matters of which this Court may take judicial notice; all of the pleadings and records on file in this action; and all further evidence and argument that may be presented in Reply to any Opposition to the Motion or at the hearing on the Motion.

Dated: June 16, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**WEISSLAW LLP**

By:  */s/ Joel E. Elkins*
JOEL E. ELKINS (SBN 256020)
jelkins@weisslawllp.com
9107 Wilshire Blvd, Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

2

**NOTICE OF JOINDER IN PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES FILED IN *KRIEGER V. VCA, INC., ET AL.*, CASE NO. 2:17-cv-01790**