JOEL E. ELKINS (SBN 256020)
Email: jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd, Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff Karen Hight*

*[Additional Counsel Listed Below]*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HIGHT, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:17-cv-00289-JGB-SP |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **STIPULATION FOR ORDER CLOSING CASE FOR ALL PURPOSES** |
| VCA INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING, JR., JOHN HEIL, FRANK REDDICK, MMI HOLDINGS, INC., VENICE MERGER SUB INC., and MARS, INCORPORATED, | Judge: Jesus G. Bernal |
| Defendants. | |

WHEREAS, on January 9, 2017, VCA Inc. ("VCA") announced that it had entered into an Agreement and Plan of Merger, dated January 7, 2017, with MMI Holdings, Inc. ("Acquirer"), Venice Merger Sub Inc. ("Merger Sub"), and Mars, Incorporated ("Mars") (the "Merger Agreement"), pursuant to which Merger Sub would acquire all of the outstanding shares of VCA and VCA stockholders would receive $93 per share of VCA common stock (the "Transaction");

1   WHEREAS, on February 15, 2017, VCA filed a Definitive Proxy Statement ("Proxy
2   Statement") with the United States Securities and Exchange Commission ("SEC") in
3   connection with the Transaction;

4   WHEREAS, on February 15, 2017, Plaintiff Karen Hight ("Plaintiff Hight") filed her
5   Class Action Complaint in this Court, alleging that the Proxy Statement omitted material
6   information with respect to the Transaction and that, accordingly, VCA violated Sections 14(a)
7   and 20(a) of the Securities Exchange Act of 1934 in connection with the Proxy Statement (the
8   "Action");

9   WHEREAS, on March 13, 2017, VCA filed a Supplement to the Proxy Statement, which
10  addressed and mooted Plaintiff's claims alleged in the Action (the "Supplemental Disclosures");

11  WHEREAS, on March 28, 2017, VCA's stockholders voted to approve the Transaction;

12  WHEREAS, on May 10, 2017, the parties to the Action entered into a Stipulation and
13  Proposed Order Dismissing Action with Prejudice (the "Stipulation of Dismissal");

14  WHEREAS, on May 11, 2017, the Court entered the Stipulation of Dismissal, which
15  dismissed the Action with prejudice as to Plaintiff only, and without prejudice as to all other
16  members of the putative class, and retained jurisdiction over the parties for the purpose of
17  determining Plaintiff's anticipated fee and expense application;

18  WHEREAS, after filing the Stipulation of Dismissal, the parties negotiated the terms of
19  an agreed-upon payment of attorneys' fees and expenses that have been fully paid to counsel
20  for Plaintiff, thereby obviating the need for fee applications to be adjudicated by the Court;

21  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
22  attorneys for the respective parties:

23  1.  This matter is fully resolved and no further issues remain in dispute, and the case
24  file should be closed for all purposes;

25  2.  The Court should no longer retain jurisdiction over this matter.

1    IT IS SO STIPULATED

2  Dated: July 27, 2017                          **WEISSLAW LLP**

3                                        By:    */s/ Joel E. Elkins*
4                                                JOEL E. ELKINS (SBN 256020)
                                                 jelkins@weisslawllp.com
5                                                9107 Wilshire Blvd, Suite 450
                                                 Beverly Hills, CA 90210
6                                                Telephone: 310/208-2800
                                                 Facsimile: 310/209-2348
7  **OF COUNSEL:**

8  **RIGRODSKY & LONG, P.A.**                    *Attorneys for Plaintiff*
   Seth D. Rigrodsky
9  Gina M. Serra
   2 Righter Parkway, Suite 120
10 Wilmington, DE 19803
   (302) 295-5310
11

12 Dated: July 27, 2017                          **AKIN GUMP STRAUSS HAUER & FELD LLP**
13
                                         By:    */s/ Neal R. Marder*
14                                               Neal R. Marder SBN 126879
                                                 Ali R. Rabbani SBN 253730
15                                               Andrew S. Jick SBN 278943
16                                               Joshua A. Rubin SBN 308421
                                                 1999 Avenue of the Stars, Suite 600
17                                               Los Angeles, CA 90067-6022
                                                 Telephone: (310) 229-1000
18                                               Facsimile: (310) 229-1001
                                                 Email: nmarder@akingump.com
19                                                      arabbani@akingump.com
                                                        ajick@akingump.com
20                                                      jrubin@akingump.com
21
                                                 *Attorneys for Defendants*
22

23

24

25

26

27

28
STIPULATION FOR ORDER CLOSING CASE FOR ALL PURPOSES
Case No. 2:17-cv-00289-JGB-SP