1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN HIGHT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VCA INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING, JR., JOHN HEIL, FRANK REDDICK, MMI HOLDINGS, INC., VENICE MERGER SUB INC., and MARS, INCORPORATED,<br><br>Defendants. | Case No. 5:17-cv-00289-JGB-SP<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING STIPULATION CLOSING CASE FOR ALL PURPOSES**<br><br>Judge: Jesus G. Bernal |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having considered the stipulation concerning the closing of the above-captioned case for
2  all purposes submitted by Plaintiff Karen Hight and Defendants VCA, Inc., Robert L. Antin,
3  John M. Baumer, John B. Chickering Jr., John Heil, And Frank Reddick, by and through their
4  respective counsel of record, and for good cause appearing,

5  **IT IS HEREBY ORDERED THAT:**

6  1. This matter is fully resolved and closed for all purposes;
7  2. The Court no longer retains jurisdiction over this matter.

9  **IT IS SO ORDERED.**

12  Dated: July 31, 2017

Honorable Jesus G. Bernal
United States District Judge